300 34/56

FILED

Full name(s)   Gong-Yin (Amy) Le

116 W. Donald Street
Street address or postal box number

South Bend, IN 46613
City, State and zip code

574-234-3584
Phone Number

12 MAR 19  AM 10: 12

ROBERT N. TROGVICH
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

**3:12 CV  133**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Civil Action No.

Plaintiff(s)
Gong-Yin (Amy) Le
v.
Housing Authority of South Bend

## CIVIL RIGHTS COMPLAINT

### A. PARTIES

1. I,   Gong-Yin (Amy) Le   , am a citizen of     Indiana    and presently reside at 116 W. Donald Street, South Bend, IN, 46613 .

2. Defendant  Housing Authority of South Bend is an a local government agency in the City of South Bend, Indiana, whose address is 501 Alonzo Drive, South Bend, IN 46601             .

### B. JURISDICTION

1. This cause of action is brought pursuant to Title VII, Civil Rights Act of 1964, and the Age Discrimination in Employment Act, as amended.

2. Jurisdiction also invoked pursuant to 28 U.S.C. § 1331. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

### C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  From 1999 to 2011, I worked at the Housing Authority of South Bend, and received good reviews for several years.  Under the new executive director, Ms. Marva Leonard-Dent, my English skills were put under a microscope and I was fired after my performance review was 1 point short in 2011, despite the fact that I took over 100 courses for the benefit of Housing Authority residents, including on bugs, safety, and disability access.  I am a native of China but now a U.S. citizen, and I do have an accent.  I was also 64 years old at the time of their firing me.  I was 16 days short of turning 65 when they fired me, and it is so clear they wanted to get rid of me on that basis also.  After over 10 years of work, I

feel they have accepted my level of English and the firing was really about my nationality and age.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations:

**Claim I:**

I allege that I was fired on the basis of my nationality and race under Title II of the Civil Rights Act of 1964.

**Supporting Facts:**

I am a 65-year-old Asian female. I was hired in 1999 and served 2 years as an intern, and later as an Information Specialist employee of the Housing Authority of South Bend. The Housing Authority began criticizing my English skills and mentioning it in performance reviews when Ms. Marva Leonard-Dent was the executive director.

In January of 2010, I was placed on a 90-day probationary period in order to improve my language skills, and specifically my accent. They said I needed to improve my writing skills, comprehension, and communication skills. I was to be reevaluated in May 2010, and if I failed to improve, I was going to be terminated at that time. For reasons unknown to me, I was not terminated in May of 2010.

On July 08, 2011, I was terminated with a performance review that was a mere 1 point short. This despite the fact that I had completed over 100 courses for the benefit of housing residents, including on insect management, safety, and federal ADA disability access.

I was informed that I was being terminated on the basis of my accent and communication skills. I believe my race and nationality (Chinese) were factors used by my employer in terminating my employment. During my employment, my co-workers and management made fun of my accent, comprehension, and communication skills. I remained respectful of them throughout, but they were not respectful towards me.

**Claim II:**

I allege that I was fired on the basis of my age under the Age Discrimination in Employment Act, as amended.

**Supporting Facts:**

At the time I was fired on July 11, 2011, I was 16 days short of my 65th birthday, and I assert they wished to fire me on the basis of my age. I am currently on Social Security, but I would have preferred to continue working.

**E. PREVIOUS LAWSUITS**
Have you been or are you now a party to any other lawsuit(s) in state or federal court dealing with the same
facts involved in this action? _____Yes __X__No.

**F. REQUEST FOR RELIEF**
I request the following relief:

I pray that this honorable court will grant my request for appropriate monetary damages to make me whole and South Bend better after the humiliation and discrimination the Housing Authority of South Bend inflicted on me. People should not be subjected to such treatment and our laws prohibit it. When I came to the United States and left communist China, I expected to find a melting pot, not an environment where discrimination on race and nationality would happen. I ask for a sum that the court and jury will find appropriate given the pervasive environment of civil rights violations happening at the Housing Authority, with even a police officer allegedly being sexually harassed.

In addition, I ask that the Housing Authority board be required to draft or adopt a comprehensive and modern set of new rules and procedures to ensure civil rights violations are prevented and/or addressed appropriately in the future.

_____
**Plaintiff's Original Signature**

March 19, 2012
_____
**The day of March, 15, 2012**
**Date**

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To:  Gong-Yin (Amy ) Le
116 W. Donald Street
South Bend, IN 46613

From:  Indianapolis District Office
101 West Ohio St
Suite 1900
Indianapolis, IN 46204

|  | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|--|--|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|--|--|--|
| 24M-2011-00247 | Randy G. Poynter, Enforcement Supervisor | (317) 226-5670 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

|  | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|--|--|
|  | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
|  | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
|  | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| X | The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge. |
|  | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
|  | Other (briefly state) |

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

DEC 22 2011

Webster N. Smith,
District Director

*(Date Mailed)*

Enclosures(s)

cc:  Michael P. Palmer
BARNES & THORNBURG
600 1st Source Bank Center
100 North Michigan
South Bend, IN 46601

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS    --    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date.**  Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to
consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell
him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely
manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as
indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate
State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief.  Your suit may include any matter
alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in
the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some
cases can be brought where relevant employment records are kept, where the employment would have been, or
where the respondent has its main office.  If you have simple questions, you usually can get answers from the
office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or
make legal strategy decisions for you.

PRIVATE SUIT RIGHTS    --    **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than** **2 years (3 years)** before you file suit may not be collectible.  For
example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit
*before* 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.
Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA
claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION    --    **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above,
because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge
file, **please make your review request** <u>within 6 months</u> **of this Notice.**  (Before filing suit, any request should be
made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*