UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| GONG-YIN (AMY) LE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 3:12-CV-133 |
| HOUSING AUTHORITY OF SOUTH BEND, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Gong-Yin (Amy) Le, and Defendant, Housing Authority of South Bend, by its counsel, hereby stipulate that this action be dismissed with prejudice and with each party to bear their own costs and attorneys' fees.

Respectfully submitted,

*Gong Yin (Amy) Le*
Gong-Yin (Amy) Le
116 W. Donald Street
South Bend, IN 46613

**Plaintiff**

/s/ Michael P. Palmer
Michael P. Palmer
BARNES & THORNBURG LLP
600 1st Source Bank Center
100 North Michigan Street
South Bend, IN 46601-1632
Telephone: (574) 233-1171

**Attorney for Defendant**